1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Ray Ballister, Jr., Esq., SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7

8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA

10                                        Case No. 2:19-CV-02436-SVW-PLA

11  **Dwain Lammey**,                     **PROOF OF SERVICE**

12          Plaintiff,

13      v.

14  **Broadway Capital, LLC;**
    **Grilled Fraiche LLC**, a California
15  Limited Liability Company; and Does
    1-10,
16

17          Defendants.

18
        Please take notice that Plaintiff hereby submits the Proof of Service
19
    certifying mail service of the **ORDER Granting Motion for Additional Time to**
20
    **Complete Service,** onto Broadway Capital; Grilled Fraiche LLC. Mail service was
21
    effectuated on 07-08-2019. A copy of the Proof of Service is attached hereto.
22

23
    Dated: July 8, 2019              CENTER FOR DISABILITY ACCESS
24                                        By: /s/ Chris Carson.___
25                                          Chris Carson, Esq.
                                            Attorneys for Plaintiff
26

27

28

                                    1

Proof of Service

# PROOF OF SERVICE

LAMMEY V. BROADWAY CAPITAL, LLC
2:19-CV-02436-SVW-PLA

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On July 8, 2019 I served the following document(s):
**ORDER Granting Motion for Additional Time to Complete Service**

Addressed to:

| | |
|---|---|
| GRILLED FRAICHE LLC<br>Address:<br>Agent for Service of Process:<br>MARSHAWN WILLIAMS<br>14817 S. DENKER AVE<br>GARDENA CA 90247 | BROADWAY CAPITAL GROUP, LLC<br>Address:<br>KAL AHMED<br>7027 MYRRH ST # 6<br>PARAMOUNT, CA 90723 |

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ BY OVERNIGHT EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients

☐ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the above recipients.

Executed on July 8, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Kayla Drayton